# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number: |
|---|---|---|
| Trinidad Rubacalba<br>A-23-173-748 | v. Field Office Director of Immigration and Customs Enforcement Alberto Gonzalez, Attorney General Michael Chertoff, Secretary of the Department of Homeland Security | **FILED: JULY 2, 2008**<br>**08CV3798**<br>**JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE BROWN**<br>☐ **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Trinidad Rubacalba

| NAME (Type or print) |
|---|
| Daniel Thomann |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| Katz Law Office, Ltd. |
| STREET ADDRESS |
| 4105 West 26th Street |
| CITY/STATE/ZIP |
| Chicago, Illinois 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 57054 | 773-321-6651 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐