## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Virginia M. Kendall |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3798 | **DATE** | 7/3/2008 |
| **CASE TITLE** | RUBACALBA vs. TRIVELINE et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's emergency motion for a temporary restraining order is withdrawn.

00:20

| | Courtroom Deputy Initials: | JS |
|---|---|---|

Case 1:08-cv-03798   Document 5   Filed 07/03/2008   Page 1 of 1

08C3798 RUBACALBA vs. TRIVELINE et al    Page 1 of 1