**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Trinidad Rubacalba

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03798
　　　　　　　　　　　　　　　　　　　Honorable Robert W. Gettleman

Glenn Triveline

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

  MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 8/12/2008. Defendant's motion to dismiss is due by 9/4/2008. Plaintiff's response is due by 9/18/2008. Defendant's reply is due by 10/2/2008. Status hearing set for 11/12/2008 at 9:00 a.m. Mailed notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.