# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3798 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Trinidad Rubalcaba    vs    Glenn Triveline, etc., et al | | |

**DOCKET ENTRY TEXT:**

The petition for writ of habeas corpus is voluntarily dismissed without prejudice.
Status hearing date of 11/12/2008 is stricken.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|